UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
IN RE PUDA COAL SECURITIES INC.,      :    11cv2598 (DLC)
et al. LITIGATION                     :    and all member and
                                      :    related cases
This document relates to: ALL ACTIONS. :
                                      :    ORDER
------------------------------------- X
                                      :
SECURITIES AND EXCHANGE COMMISSION,   :
                                      :    15cv2304 (DLC)
              Plaintiff,              :
       -v-                            :
                                      :
MAQUARIE CAPITAL (USA) INC., ET AL.,  :
                                      :
              Defendants.             :
                                      :
------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/22/16

DENISE COTE, District Judge:

On November 22, 2016, a telephone conference was held with lead counsel for the plaintiffs and counsel for defendant Moore Stephens, P.C. ("MSPC") regarding the plaintiffs' motion for preliminary approval of a proposed class-action settlement with MSPC. Accordingly, it is hereby

ORDERED that the plaintiffs shall submit, by December 2, a supplemental memorandum of law with revised proposed notices, as well as a supplemental preliminary approval order to reflect these revisions. The plaintiffs shall hand-deliver a courtesy copy of these submissions no later than December 2.

Dated:    New York, New York
          November 22, 2016

                                      _____
                                           DENISE COTE
                                      United States District Judge